```
1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814-2322
4  Telephone: (916) 554-2700
   Fax: (916) 554-2900
5  MARIA V. DAQUIPA
   Special Assistant U.S. Attorney
6  333 Market Street, Suite 1500
   San Francisco, CA 94102
7  Telephone: (916) 977-8943
   Fax: (415) 744-0134
8  Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE MERRIDA-ROOS,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>    Defendant. | CASE NO. **2:04-CV-02224-KJM**<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of TWO THOUSAND SEVEN HUNDRED FORTY TWO AND 00/100 DOLLARS ($2,742.75), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

EAJA Stip & Order - 2:04-02224-KJM                **1**

1  Payment of the amount specified above shall constitute a
2  complete release from and bar to any and all claims of Plaintiff's
3  counsel relating to EAJA fees in connection with this action,
4  without prejudice to any future request for fees under the Social
5  Security Act, 42 U.S.C. § 406(b).

   The parties further stipulate that Plaintiff's counsel shall
   return to Defendant's counsel, and Defendant's counsel shall retain,
   a facsimile of this stipulation bearing counsel's signature, and
   that Defendant shall e-file the document pursuant to applicable
   local rules.

DATED: May 23, 3006             /s/ Richard A. Whitaker
                                RICHARD A. WHITAKER
                                Attorney at Law

                                Attorney for Plaintiff

DATED: May 24, 2006             McGREGOR W. SCOTT
                                United States Attorney
                                BOBBIE J. MONTOYA
                                Assistant U. S. Attorney

                            By: /s/ Bobbie J. Montoya for
                                MARIA V. DAQUIPA
                                Special Assistant U. S. Attorney

                                Attorneys for Defendant

OF COUNSEL
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
U.S. SOCIAL SECURITY ADMINISTRATION

EAJA Stip & Order - 2:04-02224-KJM           **2**

ORDER

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $2,742.75, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED: May 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE